■ In the Matter of MARIA VILLAR, Petitioner, v RAYMOND W. KELLY, as Police Commissioner of the City of New York, et al., Respondents. [918 NYS2d 494]—

Respondent's determination to dismiss petitioner from the Police Department is supported by substantial evidence that petitioner wrongfully discussed and divulged official department business with a person known to the department (*Matter of Purdy v Kreisberg*, 47 NY2d 354 [1979]). Given the risk to the general public arising from the passing of sensitive information about a narcotics case to another subject of the same ongoing narcotics investigation, the penalty of dismissal does not shock our sense of fairness (*see Matter of Kelly v Safir*, 96 NY2d 32, 38 [2001]). Concur—Tom, J.P., Andrias, Sweeny, Moskowitz and Renwick, JJ.